**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X    **Chapter 11**
IN RE:

    **KISAVOS TAXI INC.**                    **Case Nos.    23-44221**


           **Debtor.**              (Joint Administration Pending)
-------------------------------------------------------X


                           **Chapter 11**

IN RE:

    **GREEK STAR TAXI INC.**              **Case Nos.    23-44222**


           **Debtor.**
-------------------------------------------------------X


### Declaration regarding appointment of the Mediator

It is hereby notified that the following counsel has been chosen (and he consents to the same) by the related parties to mediate between the Debtors and the secured creditor Medallion Bank regarding the indebtedness and request the Court to approve of the same:


           **SALVATORE LaMONICA, ESQ.**
           Lamonica Herbst & Maniscalco LLP
           Wantagh plaza professional building
           3305 Jerusalem Ave Suite 211
           Wantagh, NY 11793
           (516) 826-6500
           Email: SL@lhmlawfirm.com


Respectfully submitted,

Dated: January 19, 2024
New York NY

                    */s/karamvirdahiya*
                    Karamvir Dahiya
                    Dahiya Law Offices, LLC
                    75 Maiden Lane Suite 606
                    New York NY 10038
                    Tel: 212 766 8000

Kevin Etzel
Vedder Price PC
1633 Broadway 31st Floor
New York NY 10019
ketzel@vedderprice.com