# United States Bankruptcy Court
## Eastern District of New York

In re  **GREEK STAR TAXI INC.**  Case No. **1-23-44222**
Debtor(s)  Chapter **11**

## MOTION TO AMEND BANKRUPTCY PETITION

1. Debtor(s), **GREEK STAR TAXI INC.**, commenced this case on **November 20, 2023** by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. On or about 05/01/2024 debtor(s) discovered that the following information had been inadvertently omitted from his/her/their Petition:

| Schedule(s) Affected: | Change(s): |
|---|---|
| Bankruptcy Petition bearing incorrect spelling of name | Name on the Debtor has been corrected to: |
| **GREEK STAR TAX INC.** | **GREEK STAR TAXI INC.** |

WHEREFORE, Debtor(s) pray for an Order to Amend his/her/their Bankruptcy Petition to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Dated: **MAY 7, 2024**

/s/karamvirdahiya
Karamvir Dahiya as counsel for the
Debtor **GREEK STAR TAXI INC.**

## ORDER

The motion of the above-named debtor(s), **GREEK STAR TAXI INC.** to amend its Bankruptcy Petition is sustained.

It is hereby ORDERED and DECREED that the Debtor's(s') Bankruptcy Petition is amended to reflect the following changes:

**Amendment(s) to Petition: Debtors name is corrected to: GREEK STAR TAXI INC.**

Dated:

**U.S. BANKRUPTCY JUDGE**